429 A.2d 90

Commonwealth v. Edwards a/k/a Dupree, Appellant.

Submitted December 6, 1979.   William P. Fedullo, for appellant;   Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and EAGEN, JJ.*
Order affirmed.

The decision was reached prior to the retirement of EAGEN, C.J.

429 A.2d 91

Commonwealth v. Johnson, Appellant.

Submitted December 6, 1979.   Peter A. Levin, for appellant;   Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and EAGEN, JJ.*

Judgment of sentence affirmed.

This decision was reached prior to the retirement of EAGEN, C. J.

* Chief Justice Michael J. Eagen of the Supreme Court of Pennsylvania is sitting by designation.

* Chief Justice Michael J. Eagen of the Pennsylvania Supreme Court is sitting by designation.